IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| REESE BRANTMEIER and MAYA JOINT, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>*Defendant*. | **Case No. 1:24-CV-00238-CCE-JEP** |

## NOTICE OF VOLUNTARY WITHDRAWAL AND MODIFICATION OF CERTAIN AFFIRMATIVE DEFENSES

Defendant National College Athletic Association ("NCAA") respectfully provides notice to the Court that, based on the Parties' agreement that the Proposed Settlement in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919 (N.D. Cal.) does not release the claims Plaintiffs bring in this action, it is voluntarily withdrawing its Eleventh Affirmative Defense, and modifying its Second and Third Affirmative Defenses to no longer include references to the cases resolved by the Proposed Settlement in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919 (N.D. Cal.), including *House v. Nat'l Collegiate Athletic Ass'n*, No. 4:20-cv-03919-CW (N.D. Cal. June 15, 2020), *Hubbard v. Nat'l Collegiate Athletic Ass'n*, No. 4:23-cv-01593 (N.D. Cal. Apr. 4, 2023), and *Carter v. Nat'l Collegiate Athletic As'n*, No. 23-cv-6325 (N.D. Cal. Dec. 7, 2023). *See* ECF No. 64 at 48–49, 51–52. The NCAA maintains its remaining Affirmative Defenses, and is happy to provide a revised Answer if that would assist the Court.

Dated: April 2, 2025

By: */s/ Rakesh Kilaru*
Rakesh Kilaru
Tamarra Matthews Johnson
Cali Arat
Matthew Skanchy
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com

By: */s/ Alan M. Ruley*
Alan M. Ruley
State Bar No. 16407
**BELL, DAVIS & PITT P.A.**
PO Box 21029
Winston-Salem, NC 27120
Telephone: (336) 722-3700
Facsimile: (336) 714-4101
aruley@belldavispitt.com

By: */s/ Matille Gibbons Bowden*
Matille Gibbons Bowden
State Bar No. 54834
**ARENTFOX SCHIFF LLP**
1717 K Street NW
Washington, DC 20006
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
mattie.bowden@afslaw.com

*Counsel for National Collegiate Athletic Association*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 2, 2025, I electronically filed the foregoing Consent Motion for Extension of Time to Answer Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties and counsel of record.

Dated: April 2, 2025

By: */s/ Rakesh Kilaru*
Rakesh Kilaru
**Wilkinson Stekloff LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Counsel for National Collegiate Athletic Association*