# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

Rees Brantmeier, et al

        v.        Case Number: 1:24CV238

National Collegiate Athletic Association

# NOTICE OF SCHEDULING

**Take notice** that a proceeding in the case has been **scheduled** as indicated below:

| | |
|---|---|
| **PLACE:** | L. Richardson Preyer Bldg. |
| | 324 W. Market St., Greensboro, NC |
| **COURTROOM NO.:** | 3 |
| **DATE AND TIME:** | July 7, 2025 at 9:30 a.m. |
| **PROCEEDING:** | Hearing on Motion to Certify Class |

Lawrence H. Cunningham, Clerk

By: /s/ Robin Winchester, Deputy Clerk

Date: April 8, 2025

TO:     ALL COUNSEL/PARTIES OF RECORD