UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:24-cv-00238-CCE-JEP

| | |
|---|---|
| REESE BRANTMEIER and MAYA JOINT, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>*Defendant*. | |

## JOINT MOTION TO AMEND SCHEDULE

Plaintiffs Reese Brantmeier and Maya Joint ("Plaintiffs"), by and through their counsel, and Defendant the National Collegiate Athletic Association ("NCAA") jointly move this court to modify the current case schedule, Dkt. 65.

At the July 7, 2025 hearing, the Court advised both parties that an opinion on Plaintiffs pending Motion for Class Certification (Dkt. 67) would not be forthcoming until some time in August. *See* July 7, 2025 Hearing Transcript, 78:4-15. As raised by Plaintiffs at that hearing, the current schedule requires Merits Experts Reports Disclosures by the party with the burden of proof by

1

August 4, 2025 (see deadlines from Dkt. 65 as presented below).[1] At this time, as permitted by this Court's Order (Dkt. 65), the parties have, by mutual agreement, permitted the NCAA to complete production of documents and make certain NCAA witnesses available for deposition after the close of fact discovery on June 18, 2025. The Parties have also scheduled a mediation to take place on October 10, 2025, in Charlotte, before Raymond E. Owens, Esq., and continue to constructively engage in discussions under Rule 408. The parties agree that the merits phase of the case is best served with guidance from this Court's forthcoming opinion on the Motion for Class Certification, including but not limited to the definitions and membership of the certified classes, as well as the mediation before Mr. Owens. When the Court's opinion is received, the parties will require time to properly apply evidence gained from discovery documents and deposition testimony to the merits of the case so that Expert Merits disclosures need not be amended or supplemented to reflect the Court's opinion.[2]

---

[1] At this time, no trial date has been set in this litigation.
[2] On July 15, this Court advised the Parties that "it is highly likely the Court will grant the motion for class certification" but not certain. *See* Text Order, July 15, 2025.

The Parties have engaged in discussion and held a meet and confer on July 15, 2025 regarding their respective positions as to the schedule of this litigation going forward. Both parties are in agreement that the schedule for expert report disclosures by the party with the burden of proof in this litigation should be 45 days after the later of the date this Court issues its opinion on the Motion for Class Certification, and the date of mediation.

**Proposed Schedule**

| ***Current Deadline (Dkt. 65)*** | ***Described Event (Dkt. 65)*** | ***Proposed Deadline[3]*** |
|---|---|---|
| July 14, 2025 | Mediation | October 10, 2025 |
| August 4, 2025 | Merits Expert Report Disclosures and, using dates previously held open, provision of deposition dates between August 25, 2025, and September 23, 2025, by Party with Burden of Proof. | The later of 45 days from this Court's Order on Plaintiffs' Motion for Class Certification or 45 days from the date of mediation between the parties<br><br>Provision of deposition dates between 21 and 30 days after the disclosure of Merits Expert Reports by Party with Burden of Proof |
| October 3, 2025 | Merits Expert Response Disclosures and, using dates | 60 days from disclosure of Merits Expert Reports by Party with the Burden of Proof. |

---

[3] The parties may by mutual agreement extend deadlines that do not involve court filings.

| | previously held open, provision of deposition dates between October 14 and November 4, 2025. | Provision of deposition dates between 21 and 30 days after the disclosure of Merits Expert Response Disclosures |
|---|---|---|
| November 12, 2025 | Merits Expert rebuttal disclosures. | 45 days from disclosure of Merits Expert Response Disclosures[4] |
| November 24, 2025 | Expert Discovery Deadline | 14 days from deadline for Merits Expert Rebuttal disclosures |
| November 24, 2025 | Parties Exchange Proposed Verdict Sheets and Jury Instructions to be prepared assuming all dispositive motions are denied, followed by Meet and Confer.[5] | 120 days from this Court's Order on Plaintiffs' Motion for Class Certification[6] |
| December 8, 2025 | Joint Submission on Proposed | 134 days from this Court's Order on Plaintiffs' Motion for Class Certification |

---

[4] Any rebuttal expert reports must actually be rebuttal evidence. *See* Dkt. 65 at 10.

[5] The Court will provide further guidance on the format of these proposed instructions, which are required at this point only for the elements of each claim and affirmative defense.

[6] Submission of Proposed Verdict sheets and Jury instructions will be subject to further guidance from the Court as noted in Dkt. 65. The parties are open to additional guidance from the Court regarding the required content or timing of the submission of these materials but understand that at this time the Court requires only the elements of the claims and affirmative defense.

4

|                      |                                                                           |                                                                                                                   |
|----------------------|---------------------------------------------------------------------------|-------------------------------------------------------------------------------------------------------------------|
|                      | Verdict Sheets and Jury Instructions.                                     |                                                                                                                   |
| December 15, 2025    | Dispositive Motions[7]                                                    | April 1, 2026                                                                                                     |
| January 16, 2026     | Response to Dispositive Motions Daubert Motions, if any[8]                | 30 days from Dispositive Motions                                                                                  |
| January 30, 2026     | Replies to any Dispositive Motions Response to any *Daubert* Motions      | 21 days from Response to Dispositive Motions, *Daubert* Motions, if any                                           |
| February 6, 2026     | Replies to any *Daubert* Motions                                          | 14 days from *Daubert* Responses                                                                                  |
| TBD                  | Hearing on Dispositive Motions                                            | TBD[9]                                                                                                            |
| April 2026           | Pretrial Disclosures Begin, on schedule to be determined                  | Pretrial Disclosures Begin 7 days from Order on Dispositive Motions, and continue on schedule to be determined    |

---

[7] As the Court previously stated in Dkt. 65, the parties may not file multiple summary judgment motions addressed to different issues. One motion per side is permitted, supported by one brief with the usual word limits established by Local Rules.

[8] As the Court previously stated in Dkt. 65, the parties may not file multiple *Daubert* motions addressed to different witnesses or issues. One motion, supported by one brief with the usual word limits, is permitted.

[9] The parties propose that merits *Daubert* motions shall be heard, if possible, on the same date as Dispositive Motions.

|  |  |  |
|---|---|---|
| Summer 2026 | Trial on date to be determined | Summer 2026 |

Dated: July 25, 2025

By: */s/ Peggy Wedgworth*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Daniel K. Bryson (NCSB No. 15781)
Lucy N. Inman (NCSB No. 17462)
Arthur Stock (NCSB No. 17613)
900 W. Morgan Street
Raleigh, NC  27603
(919) 600-5000
dbryson@milberg.com
linman@milberg.com
astock@milberg.com

Peggy J. Wedgworth
NY State Bar No. 2126159
John Hughes
MI State Bar P76455
405 East 50th Street
New York, NY  10022
(212) 594-5300
pwedgworth@milberg.com
jhughes@milberg.com

**MILLER MONROE HOLTON & PLYLER PLLC**
Jason A. Miller
NCSB No. 39923
Robert B. Rader III
NCSB No. 55184
1520 Glenwood Avenue
Raleigh, NC  27608
(919) 809-7346
jmiller@millermonroe.com
rrader@millermonroe.com

By: */s/ Rakesh Kilaru*

**WILKINSON STEKLOFF LLP**
Rakesh Kilaru
Calanthe Arat
Matthew Skanchy
2001 M Street Nw, 10th Floor
Washington, Dc 20036
Telephone:  (202) 847-4000
Facsimile:   (202) 847-4005
Rkilaru@Wilkinsonstekloff.Com
Carat@Wilkinsonstekloff.Com
Mskanchy@Wilkinsonstekloff.Com

By: */s/ Alan M. Ruley*

**Bell, Davis & Pitt P.A.**
Alan M. Ruleystate Bar No. 16407
Po Box 21029
Winston-Salem, Nc 27120
Telephone:  (336) 722-3700
Facsimile:   (336) 714-4101
Aruley@Belldavispitt.Com

By: */s/ Matille Gibbons Bowden*

**ARENTFOX SCHIFF LLP**
Matille Gibbons Bowden
State Bar No. 54834
1717 K Street Nw
Washington, Dc 20006
Telephone: (202) 857-6000
Facsimile:   (202) 857-6395
Mattie.Bowden@Afslaw.Com

Joel Lulla, *Of Counsel*  
NY State Bar No. 1865823  
1520 Glenwood Avenue  
Raleigh, NC  27608  
(919) 809-7346  
Joel_lulla@yahoo.com

*Counsel for Plaintiffs*

*Counsel for National Collegiate Athletic Association*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2025, I electronically filed the foregoing Joint Motion to Amend Schedule with the Clerk of the Court using the CM/Dkt. system which will send notification of such filing to all parties and counsel of record.

Dated: July 25, 2025

*/s/ Peggy Wedgworth*
Peggy Wedgworth

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, NY 10022
(212) 594-5300
pwedgworth@milberg.com

*Counsel for Plaintiffs*