IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| REESE BRANTMEIER and MAYA JOINT, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>*Defendant*. | 1:24-CV-238 |

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULE

This matter is before the Court on the Parties' Joint Motion to Amend Schedule, Doc. 98. The Court, finding that good cause exists to modify the existing schedule, adopts the schedule proposed by the parties in its motion, with minor changes in the Court's discretion.

Ordinarily the Court would not extend the deadlines for as long as the parties request, which seem to provide way more time than necessary. However, given the judicial vacancy in this district and the resulting increase in civil and criminal case assignments combined with the priority required for resolving criminal cases, the Court will largely go along.

Accordingly, the Court **MODIFIES** the schedule as set forth below:

| *Event* | *Deadline[1]* |
|---|---|
| Mediation | October 10, 2025 |
| Merits Expert Report Disclosures and, using dates previously held open, provision of deposition dates for disclosed Merits Experts between December 15 and December 23, 2025, by Party with Burden of Proof | November 24, 2025 |
| Merits Expert Response Disclosures and, using dates previously held open, provision of deposition dates between February 13, 2026 and February 20, 2026. | January 23, 2026 |
| Merits Expert Rebuttal Disclosures.[2] | March 2, 2026 |
| Expert Discovery Deadline | March 23, 2026 |
| Parties Exchange Proposed Verdict Sheets and Jury Instructions to be prepared assuming all dispositive motions are denied, followed by Meet and Confer.[3] | December 9, 2025 |
| Joint Submission on Proposed Verdict Sheets and Jury Instructions. | January 23, 2026 |
| Dispositive Motions[4] | April 1, 2026 |

---

[1] The parties may by mutual agreement extend deadlines that do not involve court filings or mediation.

[2] Any rebuttal expert reports must actually be rebuttal evidence. *See* Doc. 65 at 10.

[3] The Court will provide further guidance on the format of these proposed instructions, which are required at this point only for the elements of each claim and affirmative defense. It is helpful to the Court to have briefing on summary judgment motions framed in terms of the issues and the elements of a claim.

[4] As the Court previously stated in Doc. 65, the parties may not file multiple summary judgment motions addressed to different issues. One motion per side is permitted, supported by one brief with the usual word limits established by Local Rules.

| | |
|---|---|
| Response to Dispositive Motions<br>*Daubert* Motions, if any[5] | May 1, 2026 |
| Replies to any Dispositive Motions<br>Response to any *Daubert* Motions | May 22, 2026 |
| Replies to any *Daubert* Motions | June 5, 2026 |
| Hearing on Dispositive Motions | TBD[6] |
| Pretrial Disclosures | Pretrial Disclosures Begin 7 days from Order on Dispositive Motions, and continue on schedule to be determined |
| Trial | Summer or early Fall 2026[7] |

**SO ORDERED,** this the 4th day of August, 2025.

_____
CHIEF/SENIOR UNITED STATES DISTRICT JUDGE

---

[5] As the Court previously stated in Doc. 65, the parties may not file multiple *Daubert* motions addressed to different witnesses or issues. One motion, supported by one brief with the usual word limits, is permitted.

[6] Merits *Daubert* motions shall be heard, if possible, on the same date as Dispositive Motions.

[7] The deadline for the parties to file a Joint Submission on Class Notice and Trial remains August 18, 2025. *See* Doc. 99.