UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:24-cv-00238-CCE-JEP

| | |
|---|---|
| REESE BRANTMEIER and MAYA JOINT, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>*Defendant*. | **JOINT MOTION TO AMEND SCHEDULING ORDER** |

Plaintiffs Reese Brantmeier and Maya Joint ("Plaintiffs"), on behalf of themselves and all others similarly situated, by and through undersigned counsel, and Defendant National Collegiate Athletic Association ("Defendant"), by and through undersigned counsel, jointly move the Court to amend certain deadlines in the current Scheduling Order without impacting the trial date. (Dkt. 65; Dkt. 100). The existing Scheduling Order contemplated a summer or early fall 2026 trial date. However, on October 24, 2025, the Court set the trial date for November 2, 2026. (Dkt. 104). This motion seeks to extend the other deadlines in the Scheduling Order. In support of this Motion, the parties inform the Court of the following:

The parties engaged in a mediated settlement conference on October 10, 2025 in Chapel Hill, North Carolina. Following the mediated settlement conference, the parties have continued to constructively engage in settlement discussions. In order to accommodate the progress that has been made in these settlement discussions, and to avoid unnecessary expense that could ultimately reduce any monetary recovery for the classes, Plaintiffs and Defendant agreed to postpone the remaining fact depositions, expert disclosures, and expert depositions. The parties expect to know whether a settlement is possible by January or early February 2026. In order to allow the parties to further pursue settlement, the parties seek an extension of the scheduling deadlines working backwards from the November 2, 2026 trial date. (Dkt. 104). The parties have conferred regarding their respective positions as to the schedule and agree as to the following proposed amendment to the case schedule, which they present to the Court for its consideration:

| Current Deadline | Event | Proposed Deadline[1] |
|---|---|---|
|  |  |  |
| November 24, 2025 | Merits Expert Report Disclosures by party with the burden of proof | February 28, 2026 |
| January 23, 2026 | Merits Expert Response Disclosures | March 28, 2026 |

---

[1] The parties may by mutual agreement extend the deadlines that do not involve court filings.

| | | |
|---|---|---|
| March 2, 2026 | Merits Expert Rebuttal Disclosures[2] | April 18, 2026 |
| March 23, 2026 | Expert Discovery Deadline | May 15, 2026 |
| December 9, 2025 | Parties Exchange Proposed Verdict Sheet and Jury Instructions (assuming all dispositive motions are denied), followed by Meet and Confer | June 2, 2026 |
| January 23, 2026 | Joint Submissions re Proposed Verdict Sheets and Jury Instructions | June 15, 2026 |
| April 1, 2026 | Dispositive Motions and *Daubert* Motions Filed | July 1, 2026 |
| May 1, 2026 | Response to Dispositive Motions and *Daubert* Motions | August 1, 2026 |
| May 22, 2026 | Replies to Dispositive Motions and *Daubert* Motions | August 22, 2026 |
| TBD | Hearing re Dispositive Motions and *Daubert* Motions | TBD |
| Pretrial Disclosures begin 7 days from Order on Dispositive Motions, and continue on schedule to be determined | Pretrial Disclosures | 7 days after Order on Dispositive Motions |
| November 2, 2026 | Trial | November 2, 2026 |

**WHEREFORE,** the Parties respectfully request that the Court enter an Order granting these amendments to the Scheduling Order.

This the 4th day of December, 2025.

---

[2] Any rebuttal expert reports must actually be rebuttal evidence. (Dkt. 65).

/s/

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
PEGGY J. WEDGWORTH
New York State Bar No. 2126159
JOHN HUGHES
Michigan State Bar P76455
405 East 50th Street
New York, NY 10022
(212) 594-5300
pwedgworth@milberg.com
jhughes@milberg.com

DANIEL K. BRYSON
North Carolina State Bar No. 15781
LUCY N. INMAN
North Carolina State Bar No. 17462
900 W. Morgan Street
Raleigh, NC 27603
(919) 600-5000
dbryson@milberg.com
linman@milberg.com

**MILLER MONROE HOLTON & PLYLER PLLC**
JASON A. MILLER
North Carolina State Bar No. 39923
ROBERT B. RADER III
North Carolina State Bar No. 55184
JOEL LULLA, *Of Counsel*
New York State Bar No. 1865823
1520 Glenwood Avenue
Raleigh, NC 27608
(919) 809-7346
jmiller@millermonroe.com
rrader@millermonroe.com
joel_lulla@yahoo.com

*Counsel for Plaintiffs and Class*

/s/

**WILKINSON STEKLOFF LLP**
RAKESH KILARU
CALANTHE ARAT
MATTHEW SKANCHY
2001 M Street NW, 10th Floor
Washington, Dc 20036
(202) 847-4000
rkilaru@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
mskanchy@Wilkinsonstekloff.com

**BELL, DAVIS & PITT, P.A.**
ALAN M. RULEY
North Carolina State Bar No. 16407
PO Box 21029
Winston-Salem, NC 27120
(336) 722-3700
aruley@belldavispitt.com

**ARENTFOX SCHIFF LLP**
MATILLE GIBBONS BOWDEN
State Bar No. 54834
1717 K Street NW
Washington, DC 20006
(202) 857-6000
Mattie.bowden@afslaw.com

*Counsel for Defendant*

4