IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

REESE BRANTMEIER and MAYA
JOINT, on behalf of themselves and all
others similarly situated,

    *Plaintiffs*,

    v.

NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION,

    *Defendant.*

1:24-CV-238

## **ORDER**

The parties jointly move to revise the scheduling orders in light of the parties' ongoing settlement discussions. The motion will be granted in part.

While the parties do not ask to change the trial date, their proposal significantly shortens the time available to the Court to resolve summary judgment and Daubert motions. Essentially, the parties want to double the time they have to write summary judgment and Daubert briefs while reducing the time the Court has to resolve those motions. That will not work.

The parties also want to put off the deadlines for preliminary exchange of verdict sheets and jury instructions for many months. The Court is not amenable. The Court wants the parties to be thinking now about what the issues are for the jury

and what law applies. This can help them with settlement negotiations, which they say are in progress, with focusing the remaining discovery, and, with submitting focused summary judgment briefing.

That said, the Court will grant the motion in part in view of the parties' settlement discussions and the fact that the trial has been set a bit later than originally anticipated. Among other changes to the parties' proposal, the Court will compress the overly generous time for summary judgment and Daubert motion briefing so that the burdens of this change fall on the parties, not the Court.

In its discretion, it is ordered that the current deadlines are amended as follows:

| Current Deadline | Event | New Deadline[1] |
|---|---|---|
|  |  |  |
| November 24, 2025 | Merits Expert Report Disclosures by party with the burden of proof | January 28, 2026 |
| January 23, 2026 | Merits Expert Response Disclosures | February 27, 2026 |
| March 2, 2026 | Merits Expert Rebuttal Disclosures[2] | March 16, 2026 |
| March 23, 2026 | Expert Discovery Deadline | April 15, 2026 |
| December 9, 2025 | Parties Exchange Proposed Verdict Sheet and Jury Instructions (assuming all dispositive motions are | December 31, 2025 |

---

[1] Except for the exchange of proposed verdict sheets and jury instructions, the parties may by mutual agreement extend the deadlines that do not involve court filings.
[2] Any rebuttal expert reports must actually be rebuttal evidence. Doc. 65.

| | | |
|---|---|---|
| | denied), followed by Meet and Confer | |
| January 23, 2026 | Joint Preliminary Submissions re Proposed Verdict Sheets and Jury Instructions | February 20, 2026 |
| April 1, 2026 | Dispositive Motions and *Daubert* Motions Filed | June 1, 2026 |
| May 1, 2026 | Response to Dispositive Motions and *Daubert* Motions | July 1, 2026 |
| May 22, 2026 | Replies to Dispositive Motions and *Daubert* Motions | July 15, 2026 |
| TBD | Hearing re Dispositive Motions and *Daubert* Motions | TBD |
| Beginning October 2, 2026, and continuing as set in Doc. 104 | Pretrial Disclosures and Motions in Limine | Seven days after ruling on summary judgment or as currently scheduled, whichever is earlier. |
| November 2, 2026 | Trial | November 2, 2026 |

**SO ORDERED**, this 10th day of December, 2025.

_____
CHIEF/SENIOR UNITED STATES DISTRICT JUDGE

3