UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:24-cv-00238-CCE-JEP

| | |
|---|---|
| REESE BRANTMEIER and MAYA JOINT, on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs,*<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>        *Defendant.* | **JOINT MOTION TO STAY PROCEEDINGS** |

The parties, by and through their undersigned counsel, respectfully move this Court for an Order staying further proceedings and all deadlines in this action for sixty days. The parties have reached agreement on material terms of a class action settlement fully resolving this action and request a stay of litigation deadlines to allow the parties to finalize a settlement agreement and prepare approval materials for submission to the Court.

This 25th day of February, 2026.

*/s/ Peggy Wedgworth*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
PEGGY J. WEDGWORTH
New York State Bar No. 2126159
405 East 50th Street
New York, NY 10022
(212) 594-5300
pwedgworth@milberg.com

*/s/ Rakesh Kilaru*
**WILKINSON STEKLOFF LLP**
RAKESH KILARU
CALANTHE ARAT
MATTHEW SKANCHY
2001 M Street NW, 10th Floor
Washington, DC 20036
(202) 847-4000
rkilaru@wilkinsonstekloff.com

DANIEL K. BRYSON
North Carolina State Bar No. 16781
LUCY N. INMAN
North Carolina State Bar No. 17462
900 W. Morgan Street
Raleigh, NC 27603
(919) 600-5000
dbryson@brysonpllc.com
linman@brysonpllc.com

**MILLER MONROE HOLTON & PLYLER PLLC**
JASON A. MILLER
North Carolina State Bar No. 39923
ROBERT B. RADER III
North Carolina State Bar No. 55184
JOEL LULLA, *Of Counsel*
New York State Bar No. 1865823
1520 Glenwood Avenue
Raleigh, NC 27608
(919) 809-7346
jmiller@millermonroe.com
rrader@millermonroe.com
joel_lulla@yahoo.com

*Counsel for Plaintiffs and Class*

carat@wilkinsonstekloff.com
mskanchy@wilkinsonstekloff.com

**BELL, DAVIS & PITT, P.A.**
ALAN M. RULEY
North Carolina State Bar No. 16407
PO Box 21029
Winston-Salem, NC 27120
(336) 722-3700
aruley@belldavispitt.com

**ARENTFOX SCHIFF LLP**
MATILLE GIBBONS BOWDEN
North Carolina State Bar No. 54834
1717 K Street NW
Washington, DC 20006
(202) 857-6000
Mattie.bowden@afslaw.com

*Counsel for Defendant*