IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| REESE BRANTMEIER and MAYA JOINT, on behalf of themselves and all others similarly situated, | |
|---|---|
| *Plaintiffs,* | |
| v. | 1:24-CV-238 |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | |
| *Defendant.* | |

## ORDER STAYING PROCEEDINGS

The parties report that they have settled this case and seek a stay of all deadlines for sixty days in order to finalize the settlement agreement and prepare approval materials for submission to the Court. Upon consideration, it is **ORDERED** that the motion, Doc. 109, is **GRANTED**, the case is **STAYED** for 60 days, that any motion to approve a settlement **SHALL** be filed no later than April 28, 2026, that in the absence of such a motion all deadlines are extended sixty days from deadlines previously established, and that the case is **REMOVED** from the November 2, 2026, trial calendar.

This 26th day of February, 2026.

_____
CHIEF/SENIOR UNITED STATES DISTRICT COURT JUDGE