# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:24-CV-00238-CCE-JEP

|  |  |
|---|---|
| REESE BRANTMEIER and MAYA JOINT, on behalf of themselves and all other similarly situated,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>    *Defendant.* | **PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiffs Reese Brantmeier and Maya Joint, on behalf of themselves and all others similarly situated, by and through undersigned counsel, move the Court for preliminary approval of the proposed class action settlement of this matter pursuant to Federal Rule of Civil Procedure 23. Specifically, Plaintiffs move the Court for an Order: (1) preliminarily approving the proposed settlement with Defendant National Collegiate Athletic Association, (2) appointing RG/2 Claims Administration LLC as the Claims Administrator, (3) approving the proposed plan for settlement notice, objections, opt-outs and claims to be filed, (4) approving the proposed allocation plan, and (5) scheduling a final fairness hearing on the proposed settlement.

For the reasons set forth in the accompanying Brief and supporting declarations and exhibits thereto, the proposed class action settlement is fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23. This Motion for Preliminary Approval of Class Action Settlement is unopposed by Defendant National Collegiate Athletic Association.

This the 28th day of April 2026.

/s/ *Peggy Wedgworth*
**MILBERG PLLC**
PEGGY J. WEDGWORTH
New York State Bar No. 2126159
405 East 50th Street
New York, NY  10022
(212) 594-5300
pwedgworth@milberg.com

**BRYSON HARRIS SUCIU
& DEMAY, PLLC**
DANIEL K. BRYSON
North Carolina State Bar No. 15781
LUCY N. INMAN
North Carolina State Bar No. 17462
900 W. Morgan Street
Raleigh, NC  27603
(919) 600-5000
dbryson@milberg.com
linman@milberg.com

**MILLER MONROE HOLTON
& PLYLER PLLC**
JASON A. MILLER
North Carolina State Bar No. 39923
ROBERT B. RADER III
North Carolina State Bar No. 55184

2

JOEL LULLA, *Of Counsel*
New York State Bar No. 1865823
1520 Glenwood Avenue
Raleigh, NC  27608
(919) 809-7346
jmiller@millermonroe.com
rrader@millermonroe.com
joel_lulla@yahoo.com

*Counsel for Plaintiffs and Classes*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 28, 2026, the foregoing Brief in Support of Motion for Preliminary Approval of Class Action Settlement was filed electronically with the United States District Court for the Middle District of North Carolina using the CM/ECF system, which will serve and send notification of such filing to all parties or their counsel of record.

This the 28th day of April 2026.

/s/ *Peggy Wedgworth*
PEGGY J. WEDGWORTH

4